IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE, | No. 2:18-CV-0411-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT ILLA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 14) to file objections to the court's November 2, 2018, findings and recommendations. Good cause appearing therefor, the motion is granted and plaintiff's objections filed on November 26, 2018, are deemed timely.

IT IS SO ORDERED.

Dated: November 30, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1